| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Marianna Udem<br>Brigette McGrath<br>ASK LLP<br>60 East 42nd Street, 46th Floor<br>New York, NY 10165<br>Telephone: (212) 267-7342<br>Facsimile: (212) 918-3427<br>mudem@askllp.com<br>bmcgrath@askllp.com<br><br>*Special Counsel to the Plan Administrator* |

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND, INC., *et al.*,<br><br>               Debtor. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |
| Michael Goldberg, as Plan Administrator for 20230930-DK-Butterfly-1, Inc. (f/k/a/ Bed Bath & Beyond Inc.),<br>               Plaintiff,<br>v.<br><br>Belz Investco GP,<br>               Defendant. | Adv. No. 24-01263-VFP |

## **CERTIFICATE OF SERVICE**

      I, Jean Esslinger, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this ***Notice of Dismissal of Adversary Proceeding*** was made on July 11, 2024, via

3

| X | Electronic mail, addressed to: |
|---|---|

<u>Counsel for Defendant</u>
Morgan S. Pettigrew, Esq.
THE PETTIGREW FIRM
Email: morgan@thepettigrewfirm.com

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: July 11, 2024                            */s/ Jean Esslinger*
                                                Jean Esslinger
                                                ASK LLP
                                                2600 Eagan Woods Drive, Suite 400
                                                Saint Paul, MN 55121

4